395 A.2d 964

Commonwealth v. Cheatham, Appellant.

Argued September 12, 1978. Stephen H. Serota, for appellant; W. Turnoff, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.